# United States District Court
EASTERN DISTRICT OF TEXAS
SHERMAN DIVISION

| | | |
|---|---|---|
| BRUCE D. COPELAND | § | |
| | § | Civil Action No. 4:18-CV-9 |
| v. | § | (Judge Mazzant/Judge Nowak) |
| | § | |
| COLLIN COUNTY 219th JUDICIAL | § | |
| DISTRICT COURT, ET AL. | § | |

## MEMORANDUM ADOPTING REPORT AND RECOMMENDATION OF UNITED STATES MAGISTRATE JUDGE

Came on for consideration the report of the United States Magistrate Judge in this action, this matter having been heretofore referred to the Magistrate Judge pursuant to 28 U.S.C. § 636. On February 7, 2018, the report of the Magistrate Judge (Dkt. #17) was entered containing proposed findings of fact and recommendations that Plaintiff Bruce D. Copeland's claims be dismissed pursuant to Federal Rule of Civil Procedure 41. The Magistrate Judge's recommendation was premised on Plaintiff's repeated refusal to accept certified mailings from the Court and to appear for both the January 24 status conference and February 7, 2018 Show Cause Hearing, reflecting his failure to diligently prosecute this case and comply with the Court's Orders.

The Report and Recommendation was mailed to Plaintiff at his last known address. To date, Plaintiff has not responded, nor has the acknowledgment card been returned, despite more than forty days having passed since it was mailed.

Having received the report of the United States Magistrate Judge, and no objections thereto having been timely filed, this Court is of the opinion that the findings and conclusions of the Magistrate Judge are correct and adopts the Magistrate Judge's report as the findings and conclusions of the Court.

It is, therefore, **ORDERED** that Plaintiff's claims are **DISMISSED WITHOUT PREJUDICE**.

All relief not previously granted is **DENIED**.

The Clerk is directed to **CLOSE** this civil action.

**IT IS SO ORDERED**.

**SIGNED this 5th day of April, 2018.**

_____
AMOS L. MAZZANT
UNITED STATES DISTRICT JUDGE